COHEN, Respondent, v. BERNHARD, Appellant. (Supreme Court, Appellate Division, First Department. December 6, 1901.) Action by David Cohen against Benjamin Bernhard. M. W. Platzek, for appellant. H. Nathan, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

COHEN, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 15, 1901.) Action by Charles Cohen, an infant, by David Cohen, his guardian ad litem, against the Brooklyn Heights Railroad Company.

PER CURIAM. Order affirmed, with the modification requiring the defendant to pay the costs of the trial and all disbursements in the action to date, together with the costs of this appeal.

BARTLETT and HIRSCHBERG, JJ., dissent.

COLUMBIA BANK, Respondent, v. BIRKETT, Appellant. (Supreme Court, Appellate Division, First Department. November 8, 1901.) Action by the Columbia Bank against Clarence T. Birkett. J. Willett, for appellant. I. S. Isaacs, for respondent. No opinion. Judgment (73 N. Y. Supp. 704) affirmed, with costs.

COMPTROLLER OF CITY OF NEW YORK v. BLACKSTONE. (Supreme Court. Appellate Division, First Department. December 13, 1901.) Action by the comptroller of the city of New York against Isabella S. Blackstone, individually, etc. No opinion. Motion denied, with $10 costs.

CONKLING, Appellant, v. WEATHERWAX et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 19, 1901.) Action by Clarissa Weatherwax Conkling against John T. Weatherwax and others. No opinion. Judgment unanimously affirmed, with costs.

CONNELL, Respondent, v. MANHATTAN RY. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. December 6, 1901.) Action by Eugene T. Connell against the Manhattan Railway Company and others. J. H. Adams, for appellants. H. G. Atwater, for respondent.

PER CURIAM. Judgment modified, by reducing the amount awarded for fee damage to $1,200, and by reducing the judgment for rental damage, as entered, to the sum of $1,466, and, as modified, affirmed, without costs.

CONNOR v. KOCH. (Supreme Court, Appellate Division, First Department. November 8, 1901.) Action by Elizabeth Connor against H. C. F. Koch. No opinion. Motion denied, with $10 costs.

COOKE et al., Respondents, v. ALLARD et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 13, 1901.) Action by Mary Cooke and Guy Cooke, an infant, by his guardian ad litem, as heirs at law of the estate of J. G. Cooke, deceased, against Carey B. Allard and G. W. Reynolds. No opinion. Judgment unanimously affirmed, with costs.

COOPER v. HEATHERTON et al. (Supreme Court, Appellate Division, Second Department. December 3, 1901.) Action by Frank P. Cooper, as trustee, etc., against James M. Heatherton, trustee, etc., and others. No opinion. Reargument ordered, and case set down for Thursday, December 5, 1901, at 1 o'clock p. m. See 73 N. Y. Supp. 14.

CORCORAN, Respondent, v. O'NEILL'S ESTATE, Appellant. (Supreme Court, Appellate Division, Third Department. November 13, 1901.) In the matter of the claim of John Corcoran against the estate of Michael O'Neill, deceased. No opinion. Judgment unanimously affirmed, with costs.

CORNLEY, Respondent, v. SELOVER, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 19, 1901.) Action by Mary J. Cornley against Grace E. Selover, as executor, etc. No opinion. Judgment affirmed, with costs.

In re CRAWFORD. (Supreme Court, Appellate Division, Second Department. November 15, 1901.) In the matter of the application of William L. Crawford for admission as attorney and counselor at law. No opinion. Application granted.

CRITTENDEN & COWLES CO., Respondent, v. COWLES, Appellant. (Supreme Court, Appellate Division, Third Department. November 13, 1901.) Action by the Crittenden & Cowles Company against Benjamin S. Cowles. No opinion. Motion to dismiss appeal granted, without costs.

PARKER, P. J., and EDWARDS, J., dissent.

CURRY, Appellant, v. NEW YORK & Q. C. RY. CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 29, 1901.) Action by Edward Curry against the New York and Queens County Railway Company.

PER CURIAM. Order modified, by inserting a provision requiring the defendant to pay the costs of the trial and all disbursements in the action to date, together with the costs of this appeal, all to be paid within 20 days from the entry of this order; otherwise, order reversed, and judgment directed on the verdict, with costs and costs of this appeal.

WOODWARD, JENKS, and SEWELL, JJ., concur. GOODRICH, P. J., and HIRSCHBERG, J., vote for reversal of the order, and judgment upon the verdict.